# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Adam Sorkin
                      Plaintiff,

v.                                                    Case No.: 1:21−cv−03546
                                                       Honorable Jorge L. Alonso

Target Corporation
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2022:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [47], which states that the parties have finalized their settlement agreement and anticipate filing a stipulation to dismiss by 01/05/2023. The stay of discovery previously entered [44] is continued through 01/05/2023. By 01/05/2023, the parties must file either a stipulation to dismiss or a joint status report on the parties' settlement efforts.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.