UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM SORKIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:21-cv-03546<br><br>The Honorable Jorge L. Alonso<br>Magistrate Judge Heather K. McShain |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Adam Sorkin ("Plaintiff") and Target Corporation ("Defendant"), through their designated counsel, that this action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiff and Defendant, through their designated counsel, further stipulate that they shall each bear their own fees and costs.

Dated: December 19, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　　　By:　　　*/s/ Frederick J. Klorczyk III*


　　　　　　　　　　　　　　　　　　　　　Frederick J. Klorczyk III*
　　　　　　　　　　　　　　　　　　　　　888 Seventh Ave.
　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　Tel: (646) 837-7150
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 989-9163
　　　　　　　　　　　　　　　　　　　　　Email: fklorczyk@bursor.com

　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　　　　Brittany S. Scott*
　　　　　　　　　　　　　　　　　　　　　1990 N. California Blvd., Suite 940
　　　　　　　　　　　　　　　　　　　　　Walnut Creek, CA 94596

Tel: (925) 300-4455
Fax: (925) 407-2700
Email: bscott@bursor.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom (State Bar No. 6295219)
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Email: malmstrom@whafh.com

*Attorneys for Plaintiff*

*\*Generally Admitted*

Dated: December 19, 2022

By: */s/ Brian D. Straw*

Rick L. Shackelford (admitted *pro hac vice*)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
(310) 586-7700 (Main)
shackelfordr@gtlaw.com

Brett M. Doran
Brian D. Straw
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400 (Main)
doranb@gtlaw.com
strawb@gtlaw.com

*Attorneys for Defendant Target Corporation*

## **CERTIFICATE OF SERVICE**

Frederick J. Klorczyk III, an attorney, hereby certifies that he caused a copy of the foregoing to be served on all counsel of record by electronically filing the document with the Clerk of Court using the ECF system this 19th day of December 2022

/s/ *Frederick J. Klorczyk III*
Frederick J. Klorczyk III
